1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| ANNA SALDIVAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE COOKWARE COMPANY (USA) LLC,<br><br>    Defendant. | Case No.: 4:19-cv-06014-JST<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO ANY CLAIMS OF PUTATIVE CLASS MEMBERS** |
|---|---|

1 | In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ANNA
2 | SALDIVAR and Defendant THE COOKWARE COMPANY (USA) LLC have filed a Joint
3 | Stipulation to Dismiss and have requested that the Court dismiss Plaintiff's claims against Defendant
4 | with prejudice as to Plaintiff's individual claims, but without prejudicing any claims of absent
5 | putative class members, with both parties to bear their own fees and costs of suit.
6 |     IT IS ORDERED that all of Plaintiff's claims against Defendant are hereby DISMISSED
7 | WITH PREJUDICE.

DATED: December 15, 2020

_____
Hon. Jon S. Tigar